

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2019

No. 04-19-00654-CR

Sir Alex Meyers **RANDOLPH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0281
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

Appellant Sir Alex Randolph appeals his conviction for compelling prostitution. On October 4, 2019, appellant filed a pro se motion to dismiss the appeal, stating he no longer wishes to pursue this appeal. Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appellate court may dismiss an appeal upon appellant's motion so long as the motion is signed by appellant and his attorney. TEX. R. APP. P. 42.2(a). The motion is not signed by appellant's appointed attorney, Steven Greene. However, because appellant appears to have signed the motion personally, we conclude good cause exists to suspend the operation of Rule 42.2(a)'s requirement that a motion to dismiss be signed by both the appellant and his attorney. *See id.* R. 2. Accordingly, we will dismiss this appeal pursuant to rule 42.2(a) unless appellant's appointed counsel demonstrates, by October 21, 2019, meritorious grounds for retaining the appeal.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2019.



LUZ ESTRADA,
Chief Deputy Clerk